■ ALLEN HALPERN et al., Respondents-Appellants, v ROTHSCHILD, HIMMELFARB, SHER & PEARL et al., Appellants-Respondents. [658 NYS2d 978] —Appeal by the defendants and cross appeal by the plaintiffs from an order of the Supreme Court, Westchester County (Colabella, J.), entered April 3, 1996.

Ordered the order is affirmed, without costs or disbursements, for reasons stated by Justice Colabella at the Supreme Court. Bracken, J. P., Copertino, Pizzuto and Santucci, JJ., concur.